```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

SERGIO RODRIGUEZ,
                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_20_ -CR- _513_ (_AT_) (__)

Defendant _____SERGIO RODRIGUEZ_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


/s/ Sergio Rodriguez
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

SERGIO RODRIGUEZ
_____
Print Defendant's Name

/s/ Irving Cohen
_____
Defense Counsel's Signature


IRVING COHEN, ESQ.
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

November 15, 2021
_____
Date

_____
ANALISA TORRES
United States District Judge