USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

            -v-

SERGIO LORENZO RODRIGUEZ

            Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 513 (AT) ( )

Defendant _____SERGIO LORENZO RODRIGUEZ_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


/s/ Sergio Lorenzo Rodriguez
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

SERGIO LORENZO RODRIGUEZ
Print Defendant's Name

/s/ Irving Cohen
Defense Counsel's Signature

IRVING COHEN, ESQ.
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

January 3, 2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge