```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

    -v.-

SERGIO LORENZO RODRIGUEZ,
   a/k/a "Sergio Lawrence,"
   a/k/a "Michael Lara,"

                Defendant.

------------------------------------X

**ORDER ACCEPTING PLEA ALLOCUTION**

20 Cr. 513-2 (AT)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on May 8, 2022;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Sentencing in this mater shall occur on **June 7, 2022**, at **3:00 p.m.** Defendant's submission is due by **May 24, 2022**. The Government's submission is due by **May 31, 2022**.

SO ORDERED.

Dated: March 22, 2022
      New York, New York

ANALISA TORRES
United States District Judge