UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SERGIO LORENZO RODRIGUEZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2022

20 Cr. 513-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 14, 2022, the Court held a sentencing for Defendant, Sergio Lorenzo Rodriguez. At the sentencing, the Court granted the application of Defendant's current counsel, Irving Cohen, for substitution of counsel.[1] Accordingly, the C.J.A. attorney assigned to receive cases on December 14, 2022, Arthur Kenneth Womble, is hereby ordered to assume representation of Defendant in the above-captioned matter.

    The Clerk of Court is directed to terminate Irving Cohen and Chanel Marie Sochacki from the docket.

    SO ORDERED.

Dated: December 14, 2022
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge

---

[1] On November 5, 2020, the Court appointed Chanel Sochacki as C.J.A. associate counsel. ECF No. 17.