```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SERGIO LORENZO RODRIGUEZ,

                     Defendant.

20 Cr. 513-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has received Defendant Sergio Rodriguez's request for appointment of counsel. Accordingly, Ken Womble is reappointed to represent Defendant, pursuant to the Criminal Justice Act, with respect to Defendant's planned motion for compassionate release.

      SO ORDERED.

Dated: November 17, 2023
       New York, New York

                                                   ANALISA TORRES
                                         United States District Judge