UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SERGIO LORENZO RODRIGUEZ,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2024

20 Cr. 513-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **February 16, 2024**, the Government shall respond to Defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  ECF No. 128.  By **February 23, 2024**, Defendant shall file his reply, if any.

        SO ORDERED.

Dated:  February 8, 2024
         New York, New York

_____
ANALISA TORRES
United States District Judge