```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

SERGIO LORENZO RODRIGUEZ,

                Defendant.

20 Cr. 513-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 8, 2024, the Court ordered the Government to respond to Defendant's motion for compassionate release by February 16, 2024. ECF No. 129. That submission is now overdue. Accordingly, by **February 23, 2024**, the Government shall file its response. Defendant shall file his reply, if any, by **March 1, 2024**.

    SO ORDERED.

Dated: February 8, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge