```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/3/2025  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SERGIO LORENZO RODRIGUEZ,

Defendants.

20 Cr. 513-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 29, 2025, the United States Court of Appeals for the Second Circuit ("Court of Appeals") vacated in part this Court's judgment against Defendant Sergio Lorenzo Rodriguez dated December 14, 2022. *See* Judgment, ECF No. 106; Court of Appeals Order, ECF No. 140. The Court of Appeals' order vacated the judgment as to two standard conditions of supervised release: (1) standard condition 8, which prohibits Rodriguez from associating with individuals convicted of a felony without the permission of his probation officer (the "Non-Association Condition"); and (2) standard condition 12, which requires Rodriguez, at the discretion of the probation officer, to notify third parties to whom he poses a risk (the "Risk-Notification Condition." *See* Court of Appeals Order at 4–6. The Court of Appeals affirmed the judgment in all other respects. *See id.* This Court has been ordered on remand "to provide further justification for [the Non-Association Condition] as applied to Rodriguez's mother or to exempt such communications and interactions from the restriction." Court of Appeals' Order at 6. Accordingly:

1. By **November 18, 2025**, Rodriguez shall file a supplemental brief addressing whether interactions and communications with his mother should be exempted from the Non-Association Condition;
2. By **December 2, 2025**, the Government shall file its response; and
3. By **December 9, 2025**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: November 3, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge