UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

EVA CHRISTINE RODRIGUEZ and SERGIO
LORENZO RODRIGUEZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2025_____

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 29, 2025, the United States Court of Appeals for the Second Circuit ("Court of Appeals") vacated in part this Court's judgment against Defendant Sergio Lorenzo Rodriguez dated December 14, 2022. *See* Judgment, ECF No. 106; Court of Appeals Order, ECF No. 140. The Court of Appeals' order vacated the judgment as to two standard conditions of supervised release: (1) standard condition 8, which prohibits Rodriguez from associating with individuals convicted of a felony without the permission of his probation officer (the "Non-Association Condition"); and (2) standard condition 12, which requires Rodriguez, at the discretion of the probation officer, to notify third parties to whom he poses a risk (the "Risk-Notification Condition"). *See* Court of Appeals Order at 4–6. The Court of Appeals affirmed the judgment in all other respects. *See id.* This Court has been ordered on remand "to provide further justification for [the Non-Association Condition] as applied to Rodriguez's mother or to exempt such communications and interactions from the restriction," *id.* at 6, as well as to strike the Risk-Notification Condition from the judgment, *id.* at 10.

Rodriguez argues that the Non-Association Condition should be modified because "there is no danger posed by allowing [him] to associate and communicate with his own mother." Def. Ltr. at 4, ECF No. 145. His mother "suffers from serious and potentially life-threatening health concerns." *Id.* at 5. Rodriguez "reports regularly to his Probation officer, and like his mother, has been in compliance with his conditions of supervised release." *Id.*; *see* Govt. Ltr., ECF No. 146. The Government "does not oppose exempting [Rodriguez's] interactions and communications with his mother from the Non-Association Condition." *Id.* The Court agrees that the Non-Association Condition as applied to Rodriguez's mother imposes a "greater deprivation of liberty than is reasonably necessary" to achieve the goals of sentencing. *United States v. Myers*, 426 F.3d 117, 128 (2d Cir. 2005). Therefore, the Court EXEMPTS all communications and interactions with Mr. Rodriguez's mother from the condition.[1] The Court also STRIKES the Risk-Notification Condition from the judgment, as reflected in the Second Amended Judgment filed with this order.

SO ORDERED.

Dated: December 9, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] For the same reason, Defendant Eva Christine Rodriguez's conditions of probation are also modified to exempt all interactions and communications with her son from standard condition 8, *see* ECF No. 110 at 3.